UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| LOREN BROWN, *et al.*, )<br>)<br>Plaintiffs, )<br>v.                             )<br>)<br>OFFICER GAHIJI A. TSHAMBA, *et al.*, )<br>)<br>Defendants. )<br>)<br>_____) | Civil No. _____ |

## NOTICE OF REMOVAL

Defendant Mayor and City Council of Baltimore (the "City" or "Removing Party") by its undersigned counsel pursuant to 28 U.S.C. § 1331; 28 U.S.C. § 1441, 28 U.S.C. § 1446 and Local Rule 103.5, files this Notice removing this action from the Circuit Court for Baltimore City to this Court, and state:

1. The above captioned action was filed in the Circuit Court for Baltimore City as case number 24-C-11-000332 OT, and is presently pending in that court.

2. Process, including a summons and complaint, was served on the Removing Party on or after February 8, 2010.

3. In Counts VIII and IX of the complaint, this civil action alleges violations of the Fourteenth Amendment to the United States Constitution against the Removing Party pursuant to 42 U.S.C. § 1983.

4. In Count VIII, the Plaintiffs allege that they suffered an unconstitutional deprivation of the right to be free from the use of excessive and unreasonable force and seizure under the Due Process Clause of the Fourteenth Amendment to the United States Constitution.

5. In Count IX, the Plaintiffs allege that they suffered an unconstitutional deprivation of rights pursuant to 42 U.S.C. § 1983 because of policies and procedures of the City.

6. This Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1331 based on the federal questions presented.

7. This Court has supplemental or pendent jurisdiction over the remaining state law claims against the Removing Parties in Counts I through VII pursuant to 28 U.S.C. § 1441(c) and 28 U.S.C. § 1367.

8. The federal and state law claims asserted against the Removing Party are based on a common nucleus of operative fact because all of the claims are based on the legal theory that the death of Tyrone Brown and resulting damages to Plaintiffs were caused by the actions of the defendants. These claims also rely on the same sequence of events.

9. No novel or complex issues of state constitutional law are presented in Counts I through VII which allege Maryland common law claims and violations of Article 24 of the Maryland Declaration of Rights. The Maryland constitutional claims are interpreted as *in pari material* with the Equal Protection Clause of the Fourteenth Amendment to the United States Constitution which is the basis of Counts VIII and IX of the Complaint.

10.     The Removing Party is entitled to remove this action from the Circuit Court for Baltimore City to this Court pursuant to 28 U.S.C. § 1446(a).

11.     Filed with this Notice of Removal are true and legible copies of all process, pleadings, documents and orders, which have been served on the Removing Parties in accordance with Local Rule 103.5.

12.     Pursuant to Local Rule 103.5.a, the Removing Party will file true and legible copies of all other documents then on file in the Circuit Court for Baltimore City in this case with a certification from counsel that all filings in the state court action have been filed in this Court, within thirty (30) days of the filing of this Notice.

WHEREFORE, the Mayor and City Council of Baltimore notify all parties that this action has been removed to the United States District Court for the District of Maryland and that no further proceedings in this case will be had in the Circuit Court for Baltimore City.

Respectfully Submitted,

/s/
DAVID E. RALPH (23500)
Deputy City Solicitor
Baltimore City Department of Law
100 North Holliday Street
Baltimore, Maryland 21202
Telephone: 410-396-3659
Attorneys for Defendants Mayor and City Council of Baltimore.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this ___7th___ day of March, 2011, a copy of Defendants the Mayor and City Council of Baltimore was mailed, first-class, postage prepaid to: A. Dwight Pettit, Law Offices of A. Dwight Pettit, P.A., 3606 Liberty Heights Avenue, Baltimore, MD 21215; Allan B. Rabineau, 401 East Pratt Street, Suite 2252, Baltimore, MD 21202; Michael Lord, State Treasurer's Office, Louis L. Goldstein Treasury Building, 80 Calvert Street, Annapolis, MD 21401; Ashley C. Moore, Assistant Legal Counsel, Baltimore Police Department Office of Legal Affairs, 242 W. 29th Street, Baltimore, MD 21211.

/s/
David E. Ralph