UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern District

| | | |
|---|---|---|
| **LOREN BROWN, et al** | * | |
| Plaintiffs | * | |
| -v- | * | Civil no.: RDB-11-00609 |
| **OFFICER GAHIJI A. TSHAMBA, etal** | * | |
| Defendants | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## PLAINTIFFS' RESPONSE TO DEFENDNATS' MOTION TO BIFURCATE AND TO STAY DISCOVERY

Now come the plaintiffs, Loren Brown, Individually and as Co-Personal Representative of the Estate of Tyrone A. Brown, …., a minor, by her mother and next friend, Loren Brown, …., a minor, by his mother and next friend, Jacquetta Taylor, and Vivian Scott, Individually and as Co-Personal Representative of the Estate of Tyrone A. Brown, by their attorneys, A. Dwight Pettit, the Law Offices of A. Dwight Pettit, P.A., and Allan B. Rabineau, and in response to the Defendants, the Baltimore Police Department (hereinafter "BPD") and the Baltimore City Police Commissioner Frederick H. Bealefeld, III's (hereinafter "Commissioner Bealefeld") Motion to Bifurcate and to Stay Discovery, state as follows:

1. Plaintiffs do not object to the granting of Defendants, BPD and Commissioner Bealefeld's Motion to Bifurcate.

2. Plaintiffs do object to the granting of a motion to stay discovery against the BPD as the discovery materials sought with respect to Defendant Tshamba are intertwined with the BPD as this matter was fully investigated by the BPD. Also, various members of the BPD testified at the criminal prosecution of Defendant Tshamba.

1

3. A stay of any discovery with respect to the BPD would severely limit the Plaintiffs and produce an inequity.

4. Counsel for Plaintiffs and Movants have discussed this matter and have agreed that Plaintiffs will be permitted discovery against the BPD so far as the matters pertain to Defendant Tshamba, subject to Movants reserving the right to make specific objections and/or file Motion for Protective Order(s) on those matters upon which the parties cannot reach an agreement.

**WHEREFORE,** Plaintiffs respectfully request that this Honorable Court pass an Order as follows:

A. That the matter be bifurcated if the Court believes the interest of justice would best be served by so doing; and

B. That the discovery be allowed to proceed in a fashion consistent with the agreement expressed above.

*/s/*
A. Dwight Pettit, Bar ID 01697
Law Offices of A. Dwight Pettit, P.A.
3606 Liberty Heights Avenue
Baltimore, MD  21201
(410) 542-5400
(signed by Allan B. Rabineau with the permission of A. Dwight Pettit)

*/s/*
Allan B. Rabineau, Bar ID 01636
401 East Pratt Street, Suite 2252
Baltimore, MD  21202
(410) 837-9150

Attorneys for Plaintiffs

# **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 28th day of October, 2011 the foregoing Plaintiff's Response to Defendants' Motion to Bifurcate and to Stay Discovery and proposed Order was electronically filed with the United States District Court for the District of Maryland and a copy served through the Court's electronic filing system on Glenn T. Marrow, Esq., Chief Solicitor, Baltimore City Law Department, Office of Legal Affairs, 100 North Holliday Street, Room 101, Baltimore, MD 21202, attorney for Defendants, Baltimore Police Department and Commissioner Bealefeld; and to David E. Ralph, Esq., Deputy City Solicitor, Baltimore City Law Department, 100 Holliday Street, Baltimore, MD 21202, attorney for Defendant, Mayor and City Council of Baltimore; and to Michael Marshall, Esq., Lindsay C. Cooper, Esq., Schlachman, Belsky & Weiner, P.A., 300 East Lombard Street, Suite 1100, Baltimore, MD 21202, attorneys for Defendant Tshamba.

                                                                                                 /s/_____