LAW OFFICES

# ALLAN B. RABINEAU

The World Trade Center, Suite 2252
401 East Pratt Street
Baltimore, Maryland  21202

(410) 837-9150
Fax (410) 837-9152

July 30, 2012

The Honorable Richard D. Bennett
Judge, United States District Court
 for the District of Maryland
101 West Lombard Street
Baltimore, MD  21201

>  RE:   My File 6875-10
> Loren Brown, et al vs.
> Officer Gahiji A. Tshamba, et al
> Civil Case no.:  11-cv-11-00609 RDB
> and
> Chantay Kangalee v. Baltimore
> City Police Department, et al
> Civil Case no.:  12-cv-01566 RDB

Dear Judge Bennett:

On April 24, 2012, Your Honor issued a Scheduling Order in the *Brown v. Tshamba* case identified above.  Thereafter, Glenn T. Morrow, attorney for Defendants, Baltimore Police Department ("BPD") and Commissioner Frederick Bealefeld III ("Bealefeld") submitted a letter to you dated May 7, 2012 advising that the defendants were seeking a modification or stay of the Scheduling Order on the grounds that a related case was pending in the Circuit Court for Baltimore City involving the same subject matter (*Kangalee v. Baltimore City Police Dept., et al,* Case no.:  24-C-002264*).*  The *Kangalee v. Baltimore City Police Dept.* case was removed pursuant to a Notice of Removal filed on behalf of Defendants BPD and Bealefeld.

On May 9, 2012, a Memorandum Order was signed by Your Honor in the *Brown v. Tshamba* case ordering, *inter alia,* that the "deadlines contained in the current Scheduling Order (ECF No. 30) are STAYED pending the resolution of the removal of, and motion to consolidate the related case pending in the Circuit Court for Baltimore City (*Kangalee v. Baltimore City Police Department, et al.*

Although there has been no notice that the two cases have been consolidated, various motions have been filed in the *Kangalee* case with the potential to have great effect on the *Brown* case, but have not been forwarded to counsel for Plaintiffs in the *Brown* case. In fact, I attempted to print a copy of at least one such motion and received a message through the ECF that I was not authorized to view the document.

It is necessary that counsel for Plaintiffs in the *Brown* case be apprised of the actions that are occurring in the *Kangalee* case as proceedings in that case have already had an effect in delaying said action and may be affecting the *Brown* case.

I am, therefore, requesting that counsel for the Plaintiffs in the *Brown* case be added to the *Kangalee* case as recipients of all filings and that counsel in the *Kangalee* case be required to provide to counsel for Plaintiffs in the *Brown* case copies of all pleadings filed to date.

Very truly yours,

/s/

Allan B. Rabineau

ABR:ar

cc: Michael Marshall, Esq.
 Leanne Lauenstein, Esq.
 Glenn T. Marrow, Esq.
 David E. Ralph, Esq.
 A. Dwight Pettit, Esq.
 Cary J. Hansel, Esq.