



SCHLACHMAN BELSKY & WEINER, P.A.
ATTORNEYS AT LAW

MAIN OFFICE (BALTIMORE)
300 East Lombard St, Ste 1100
Baltimore, MD 21202
Phone: 410.685.2022
Toll Free: 888.685.2022
Fax: 410.783.4771
Email: Attorneys@sbwlaw.com
www.sbwlaw.com

Sidney Schlachman
Counsel

Henry L. Belsky
Herbert R. Weiner
Michael Marshall
Steven E. Sunday
Michael J. Belsky
Michael E. Davey

Roanne Handler
Deborah J. Suess
Daniel E. Udoff
J. Eric Gibson
Shaun F. Owens
Albert G. McCarraher *
Megan E. Oleszewski
Jonathon C. Scruggs
Chaz R. Ball
Mitchell E. Rosensweig

* also admitted DC Bar

October 1, 2013

Hon. Richard D. Bennett
United States District Court
District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

    RE:    *Loren Brown, et al. v. Officer Gahiji A. Tshamba, et al.*
            Civil Action No.: 11-cv-00609RDB

Dear Judge Bennett:

    Defendant Tshamba, by his attorneys, Michael Marshall and Chaz Ball, submits this status report pursuant to the Court's Order.

    Defendant believes that there is no meaningful prospect of settlement and still wishes to conduct limited depositions. All other discovery is complete and Defense will send out Defendant Tshamba's executed Answers to Interrogatories today.

                                Very truly yours,

                                Michael Marshall

PRINCE GEORGE'S CO. OFFICE: 2905-A Old Largo Road / PO Box 1658, Upper Marlboro, MD 20773 | T: 301.627.6360 | F: 301.627.5911
WICOMICO CO. OFFICE: 100 East Main St, Ste 102, Salisbury, MD 21801 | T: 410.543.5398 | F: 410.783.4771
FREDERICK CO. OFFICE: 21 East Church St, Frederick, MD 21701 | T: 301.662.1043 | F: 410.783.4771